David J. McGlothlin, Esq. (SBN 026059)
david@southwestlitigation.com
**Hyde & Swigart**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (602) 265-3332
Facsimile:  (602) 230-4482

Ryan L. McBride, Esq. (SBN 032001)
ryan@kazlg.com
**Kazerouni Law Group, APC**
2633 E. Indian School Road, Ste. 460
Phoenix, AZ 85016
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| **Nicholas Fisher,** | Case No.: 2:16-cv-01699-SRB |
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO ALL DEFENDANTS** |
| v. | |
| **U.S. Degree Search, LLC and Transcend Media, LLC** | |
| Defendants. | |

   PLEASE TAKE NOTICE that Plaintiff Nicholas Fisher, and Defendants U.S. Degree Search, LLC and Transcend Media, LLC, have settled the above-entitled matter in its entirety.  The parties anticipate filing a dismissal of all

---

**NOTICE OF SETTLEMENT**                    1

1  Defendants with prejudice as to Plaintiff's claims, and without prejudice as to the
2  putative class members' claims, no later than 60 days from the date of this Notice.
3
4  Dated: November 11, 2016                      Respectfully submitted,
5
6                                                BY: /S/ RYAN L. MCBRIDE_____
7                                                     RYAN L. MCBRIDE, ESQ.
                                                      ATTORNEY FOR PLAINTIFF
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SETTLEMENT                    2